In the Matter of HAROLD HAHN, Appellant, v DONALD A. WILLIAMS, as County Judge of Ulster County, Respondent.

Decided October 10, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.